IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLEO BATTEN, individually and on :     CIVIL ACTION
behalf of all others similarly situated, :
:     No. 25-4658
v. :
:
RICOH USA, INC., et al. :

## **ORDER**

AND NOW, this 15th day of April, 2026, upon consideration of Defendants Ricoh USA, Inc., the Board of Directors of Ricoh USA, Inc., and the Ricoh Retirement Plans Committee's Motion to Dismiss (Dkt. No. 19), it is hereby ORDERED the Motion is DENIED without prejudice.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1]     The parties have agreed to a settlement and are in the process of seeking final approval from this Court. *See* Dkt. Nos. 22-29. The Court therefore finds the Defendant's motion to dismiss is moot and will deny it without prejudice.